| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Mark P. Robinson, Jr.  SBN 054426<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>mrobinson@robinsonfirm.com<br>949-720-1288<br>ATTORNEY(S) FOR: Plaintiff Christina Abolos | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ABOLOS, an individual<br><br>Plaintiff(s),<br>v.<br>JOHNSON & JOHNSON, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-03069 DSF KS<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Christina Abolos
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christina Abolos | Plaintiff |
| Johnson & Johnson | Defendant |
| Johnson & Johnson Consumer Companies, Inc. | Defendant |
| Robinson Calcagnie, Inc. | Attorneys for Plaintiff |
| Shook Hardy and Bacon LLP | Attorneys for Defendant |
| Tucker Ellis LLP | Attorneys for Defendant |

      May 3, 2019                                /s/ Mark P. Robinson, Jr.
         Date                                        Signature

                                      Attorney of record for (or name of party appearing in pro per):

                                      Plaintiff Christina Abolos